■ CAPITAL ONE BANK, N.A., Respondent, v JOHN FARACCO, Appellant, et al., Defendants. [50 NYS3d 285]—

Order, Supreme Court, New York County (Joan M. Kenney, J.), entered July 1, 2016, which denied the motion of defendant John Farracco to dismiss the complaint on the ground of lack of personal jurisdiction, unanimously affirmed, without costs.

The filing of a notice of appearance by counsel on defendant's behalf, after the time to answer had expired, and without making any objection to personal jurisdiction, waived defendant's challenge to such jurisdiction. Accordingly, the court properly denied defendant's motion, made four months after such appearance (*see Matter of Nicola v Board of Assessors of Town of N. Elba*, 46 AD3d 1161 [3d Dept 2007]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Gische and Kahn, JJ.